IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:19-CV-657-WKW |
| ALLSTATE BEVERAGE COMPANY, LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER

The Equal Employment Opportunity Commission ("EEOC") brings this lawsuit on behalf of Jimmy Freeman against his former employer, Allstate Beverage Company, LLC ("Allstate"), alleging violations of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq.* The EEOC brings two claims. It contends that Allstate discriminated against Mr. Freeman by failing to accommodate his disability and by wrongfully terminating his employment because of his disability.

Before the court is Allstate's motion for summary judgment (Doc. # 43), which has been fully briefed. To succeed on its motion for summary judgment, Allstate must demonstrate that "there is no genuine dispute as to any material fact" and that it "is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). The court views the evidence, and all reasonable inferences drawn therefrom, in the light

most favorable to the EEOC.  *Jean-Baptiste v. Gutierrez*, 627 F.3d 816, 820 (11th Cir. 2010).

Against this standard and based upon consideration of the arguments of counsel, the relevant law, and the summary judgment record, it is ORDERED that Allstate's motion for summary judgment (Doc. # 43) is GRANTED on the EEOC's ADA accommodation claim and DENIED on the EEOC's ADA wrongful termination claim.  An opinion will follow.

Also before the court is Allstate's Daubert and Rule 702 motion to exclude the opinions and testimony of the EEOC's proposed expert witness, Steve Allison. (Doc. # 46.)  In light of the summary judgment ruling, which narrows the claims, some of Dr. Allison's opinions and testimony appear to no longer be relevant and thus some of Allstate's challenges appear to have been rendered moot.  Based upon the changed circumstances, it is ORDERED that Allstate's motion (Doc. # 46) is DENIED without prejudice.  After the entry of the court's opinion explaining its reasoning for its ruling today on the summary judgment motion, the court will permit Allstate to renew its Daubert motion, if appropriate, in light of the court's ruling. Further instructions will follow.

DONE this 29th day of September, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

2