IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| ALLSTATE BEVERAGE COMPANY, LLC, | ) ) ) |
| Defendant. | ) |

Civil Action No.:
2:19-cv-657-WKW
(Unopposed Motion)

**PLAINTIFF UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S UNOPPOSED MOTION TO CONTINUE TRIAL SETTING AND FOR OTHER RELIEF**

Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or the "Commission") respectfully moves the Court to continue the trial currently set for the term commencing November 7, 2022. In support of this motion, the EEOC shows the following:

1. **Motion to Continue**

On October 10, 2022, EEOC's lead counsel learned that Jimmy Freeman, the Charging Party and main subject of this case, has unfortunately passed away. The EEOC will therefore need time to make alternative arrangements and strategic considerations, including deposition designations, in order to be prepared to properly try this case. The EEOC expects the same will be true for Defendant Allstate Beverage Company, LLC ("Allstate").

The EEOC also named Mr. Freeman's widow, Sandra Freeman, and Mr. Freeman's son, Matt Freeman, as primary witnesses the EEOC intends to call at trial. (Doc. 63). Because the

1

Freemans are both in a state of grieving as well as contending with the administrative arrangements triggered by Mr. Freeman's passing, they are less available to prepare for or participate in a November 2022 trial.

The parties have also expressed a mutual interest in discussing a possible settlement of this matter and would also use the additional time to further explore settlement avenues.

2. **Motion for Leave to Amend Trial Exhibit Lists, Trial Witness Lists, and Deposition Designations**

Additionally, Mr. Freeman's passing raises other strategic concerns regarding how the trial must be presented by the parties. The EEOC therefore also requests that the Court allow both parties leave to amend their respective Trial Exhibit Lists, Trial Witness Lists, and Deposition Designations (as referenced in Sections 9, 10, and 11 of the Court's scheduling order) within 30 days of the date of the Court enters an order continuing this case.

The undersigned respectfully requests that the Court continue the trial currently set for the term commencing November 7, 2022 and to grant the parties leave to amend their respective Trial Exhibit Lists, Trial Witness Lists, and Deposition Designations within 30 days of the date of the Court enters an order continuing this case.

Allstate does not oppose the requested relief.


Date: October 12, 2022


    Respectfully submitted,
    MARSHA L. RUCKER
    Regional Attorney

    GERALD MILLER
    Supervisory Trial Attorney

*/s/ George Hayek*
**GEORGE HAYEK**
Trial attorney
AL Bar No. ASB-6864L43K
george.hayek@eeoc.gov

**Austin Russell**
Trial attorney
(205) 651-7079
AL Bar No. ASB-6418S13J
Austin.Russell@eeoc.gov

Equal Employment Opportunity Commission
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL 35205
Tel. (205) 651-7071
Fax. (205) 212-2041

## **CERTIFICATE OF SERVICE**

       I hereby certify that on October 12, 2022, I filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which will electronically send notification to the following attorneys of record.

T. Matthew Miller, Esq.<br>
Anne Knox Averitt, Esq.<br>
Cortland Bond, Esq.<br>
Sarahanne Vaughan<br>
BRADLEY ARANT BOULT CUMMINGS LLP<br>
1819 Fifth Avenue North<br>
Birmingham, Alabama 35203<br>
Telephone: (205) 521-8000<br>
mmiller@bradley.com<br>
aaveritt@bradley.com<br>
cbond@bradley.com<br>
svaughan@bradley.com

                                              */s/ George Hayek*<br>
                                              **GEORGE HAYEK**