IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EQUAL EMPLOYMENT                    )
OPPORTUNITY COMMISSION,             )
                                    )
           Plaintiff,               )
                                    )
    v.                              )        CASE NO. 2:19-CV-657-WKW
                                    )
ALLSTATE BEVERAGE                   )
COMPANY, LLC,                       )
                                    )
           Defendant.               )

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it

is the ORDER, JUDGMENT, and DECREE of the court that judgment is ENTERED

in favor of Defendant Allstate Beverage Company, LLC, and against Plaintiff Equal

Opportunity Employment Commission.

The Clerk of the Court is DIRECTED to enter this document on the civil

docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

DONE this 11th day of January, 2023.

                              /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE